UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/2/2025
```

BIANCA LANDRY,

                Plaintiff,

      -v-

BERLIN ROSEN, LLC,

                Defendant.

**ORDER**

24-CV-9375 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By Letter Motion dated August 26, 2025, Plaintiff moved to compel Defendant to produce additional documents and answer interrogatories. ECF No. 29. Defendant filed its opposition on August 29, 2025. ECF No. 32.

    A conference is scheduled to address this letter motion on **September 9, 2025**, at **2:30 p.m.** by telephone. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 305 484 211#).

**SO ORDERED.**

Dated: September 2, 2025
       New York, New York

                                            _____
                                            Henry J. Ricardo
                                            United States Magistrate Judge