UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BIANCA LANDRY,

                Plaintiff,

      -v-

BERLIN ROSEN, LLC,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/2025
```

**ORDER**

24-CV-9375 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On September 9, 2025, the Court held a conference to address Plaintiff's Letter Motion, ECF No. 29, Defendant's Letter Response, ECF No. 32, and the Parties' Joint Letter, ECF No. 34. For the reasons discussed during today's conference, Plaintiff's Letter Motion at ECF No. 29 is **GRANTED IN PART** and **DENIED IN PART.** Further, the requests made in the Parties' Joint Letter at ECF No. 34 are **GRANTED IN PART** and **DENIED IN PART.**

I.      PLAINTIFF'S LETTER MOTION (ECF NO. 29)

Plaintiff's request for production of "same form" discrimination complaints is **GRANTED IN PART.** Defendant is instructed to produce complaints of discrimination and/or retaliation on the basis of race, gender, and/or disability that were brought to the attention of Defendant's Human Resources department, and any related centrally stored files, from 2020 to present.

Plaintiff's request for production of personnel files is **GRANTED IN PART** and **DENIED IN PART.** Defendant is instructed to produce personnel files of Cassidy, Germain, McDonald, Soria, Alli and Fitzgerald. Plaintiff's request for other personnel files is **DENIED** without prejudice to renewal.

Plaintiff's request for production of documents and communications related to discipline by Mr. Soria is **DENIED** without prejudice to renewal.

Plaintiff's request for production of witness statements created during the investigation of Plaintiff's complaint(s) is **GRANTED**. Defendant is instructed to provide a privilege log if it withholds investigation materials based on privilege.

Plaintiff's request for production of Defendant's staff equity reports from 2020 to present is **GRANTED**.

Plaintiff's motion is otherwise **DENIED**.

## II.    PARTIES' JOINT LETTER (ECF NO. 34)

The fact discovery deadline is extended to **October 17, 2025.**

Defendant's request to issue subpoenas for documents and testimony from the Plaintiff's four identified medical providers is **GRANTED**. The depositions of these fact witnesses may occur during the expert discovery period, which ends on **December 9, 2025**.

**SO ORDERED.**

Dated: September 9, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge