```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BIANCA LANDRY,

                Plaintiff,

      -v-

BERLIN ROSEN, LLC,

                Defendant.

**ORDER**

24-CV-9375 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On September 19, 2025, Plaintiff filed a letter motion (the "Letter Motion") requesting permission to serve via alternative means a subpoena for deposition and documents on a third-party witness. ECF No. 37. Any response to the Letter Motion must be filed by **September 29, 2025**.

The Court will hold a conference by telephone on **October 3, 2025** at **10:30 a.m.** to discuss the Letter Motion. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 896 065 91#).

Plaintiff is directed to transmit this Order to the third-party witness in case she wishes to be heard on this matter.

**SO ORDERED.**

Dated: September 22, 2025
       New York, New York

                                              Henry J. Ricardo
                                              United States Magistrate Judge