KEENAN & BHATI...

233 Broadway, Ste. 1810
New York, NY 10279
Tel: (917) 975-5278

www.KeenanBhatia.c...

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/2/2025__

October 2, 2025

**BY ECF**
The Honorable Henry J. Ricardo
United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    ***Bianca Landry v. Berlin Rosen, LLC*** | 24-cv-09375-VSB-HJR
Reply Letter to DCF Dkt. No. 41, by permission of the Court

Dear Judge Ricardo,

This firm represents Plaintiff Bianca Landry in the above-captioned employment discrimination and retaliation matter. We submit this letter of reply to Defendant's letter at ECF Dkt. No. 41, by permission of the Court (ECF Dkt. No. 43).

First, Emily Watson has now been personally served, and therefore the alternative service requested at ECF Dkt No. 37 will not be necessary. We nonetheless thank the Court for its time and attention to that matter.

Second, Ms. Watson has advised us that due to work obligations, she is not available for deposition until November 20, 2025. Defendant does not object to her deposition on this date. We therefore respectfully request that Ms. Watson's deposition proceed on November 20, 2025.

Finally, as of this afternoon, defense counsel advised us via email that "while Defendant does not waive, and expressly preserves, its objection to the privilege assertions reflected on Exhibit 1 (Doc. 37-1), it is not seeking any independent relief from the Court at this time." Plaintiff likewise expressly preserves her right to oppose that objection, as the logged communications between counsel and Ms. Watson are attorney work product that counsel prepared purely for litigation.

In light of these developments, the parties believe that the purpose of tomorrow's conference (see, ECF Dkt. Nos. 37-38; 41-42) is now moot, and respectfully submit that the conference need not go forward. If Your Honor still wishes the conference to go forward, we will of course attend as scheduled.

We thank the Court again for its time and attention.

Respectfully submitted,
Chloe Liederman

KEENAN & BHATIA, LLC

*By: /s/ Chloe Liederman*
Chloe Liederman
Hilary J. Orzick
E.E. Keenan
233 Broadway Ste. 1810
New York, NY 10279
Tel: 646-206-5311
chloe@keenanfirm.com
hilary@keenanfirm.com
ee@keenanfirm.com
Attorneys for Plaintiff Bianca Landry

## MEMO ENDORSEMENT

Plaintiff's request that the conference scheduled on October 3, 2025 be adjourned *sine die* is GRANTED.

The Watson deposition shall proceed on November 20, 2025.

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 37 as DENIED AS MOOT, and to terminate the Letter Motion at ECF No. 44 as GRANTED.

SO ORDERED.

Dated:  October 2, 2025
        New York, New York

Henry J. Ricardo
United States Magistrate Judge