```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/20/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BIANCA LANDRY,

                Plaintiff,

    -v-

BERLIN ROSEN, LLC,

                Defendant.

**ORDER**

24-CV-9375 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    In light of the December 9, 2025 deadline for the Parties to complete expert discovery, the Parties are directed to file a joint status letter on **December 16, 2025** providing an update on the status of the case. The Parties are also reminded that, pursuant to Section 11 of the Case Management Plan and Scheduling Order, the Parties must advise whether they intend to file any summary judgment motions by the close of discovery on **December 9, 2025.** *See* ECF No. 14.

**SO ORDERED.**

Dated: October 20, 2025
       New York, New York

                                                  Henry J. Ricardo
                                                  United States Magistrate Judge