UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BIANCA LANDRY,

                Plaintiff,

    -v-

BERLIN ROSEN, LLC,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2025
```

**ORDER**

24-CV-9375 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of Defendant's November 14, 2025 letter requesting a pre-motion conference in contemplation of a motion to compel discovery. ECF No. 47. Plaintiff is directed to file a response by **November 24, 2025**. A conference is scheduled on **December 5, 2025** at **1:30 p.m.** by telephone to discuss this discovery dispute. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 996 789 182#).

**SO ORDERED.**

Dated: November 17, 2025
       New York, New York

                                          Henry J. Ricardo
                                          United States Magistrate Judge