UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _11/26/2025_

BIANCA LANDRY,

               Plaintiff,

      -v-

BERLIN ROSEN, LLC,

              Defendant.

**ORDER**

24-CV-9375 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On November 25, 2025, Plaintiff filed a letter motion requesting to seal certain exhibits to a forthcoming motion. ECF No. 50. The letter motion at ECF No. 50 is **GRANTED**, and Plaintiff is directed to file the specified exhibits under seal by **December 2, 2025**. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 50.

Additionally, the Court is in receipt of Plaintiff's letter motion requesting a pre-motion conference to address certain discovery disputes. ECF No. 51. Defendant is directed to file a response by **December 2, 2025.** The undersigned will address this dispute at the conference currently scheduled for **December 5, 2025** at **1:30 p.m.** Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 996 789 182#).

**SO ORDERED.**

Dated: November 26, 2025
     New York, New York

_____

Henry J. Ricardo
United States Magistrate Judge