UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/2025
```

BIANCA LANDRY,

                Plaintiff,

        -v-

BERLIN ROSEN, LLC,

                Defendant.

**ORDER**

24-CV-9375 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On December 5, 2025, the Court held a conference with the Parties to address the discovery disputes raised in Defendant's November 14, 2025 letter motion, ECF No. 47 ("Defendant's Letter Motion"), and Plaintiff's November 25, 2025 letter motion, ECF No. 51 ("Plaintiff's Letter Motion" collectively, the "Motions"). For the reasons discussed at the conference, both Motions are **GRANTED IN PART** and **DENIED IN PART**.

Plaintiff's request for Defendant to produce performance evaluations for the six individuals identified in the undersigned's September 9, 2025 order, ECF No. 36, is **GRANTED**. However, Plaintiff's request for production of additional "same form" discrimination documents is **DENIED**.

Plaintiff shall submit to the undersigned via email for *in camera* review the documents identified in entry numbers 1–9 and 35–38 of the November 10, 2025 privilege log (the "Privilege Log") by **December 10, 2025**. The documents

identified in entries 40–41 of the Privilege Log are protected by the work product doctrine. However, entries 10–34 and 39 are not protected by the work product doctrine, such that Plaintiff shall produce these communications to Defendant.

The December 16, 2025 deadline set in the Court's October 20, 2025 order, ECF No. 46, for the Parties to submit a joint status letter is adjourned. The Parties shall submit a status letter to the Court by **January 6, 2026**.

The Clerk of Court is respectfully directed to terminate the Motions at ECF Nos. 47 and 51 as **GRANTED IN PART** and **DENIED IN PART**. As the motion at ECF No. 53 is duplicative of Plaintiff's Letter Motion, the Clerk of Court is respectfully directed to terminate ECF No. 53 as **MOOT**.

**SO ORDERED.**

Dated: December 5, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge

2