UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BIANCA LANDRY,

                Plaintiff,

        -v-

BERLIN ROSEN, LLC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/2025

**ORDER**

24-CV-9375 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On December 3, 2025, Defendant filed a letter motion, ECF No. 55, requesting leave to file a transcript excerpt under seal, which the undersigned granted on December 4, 2025. ECF No. 56. Defendant then filed another letter motion to seal excerpts of a deposition transcript, which Defendant indicated was filed at ECF No. 57-1. ECF No. 58 (the "Sealing Motion"). However, ECF No. 57-1 is a cover sheet that says "Exhibit A SEALED," and does not need to be sealed. Therefore, the Sealing Motion is **DENIED**, and Defendant should instead file the transcript excerpt that it previously emailed to the undersigned under seal. Defendant need not make a further application for leave to file the document under seal, as this application was already granted at ECF No. 56.

The Clerk of Court is respectfully directed to terminate the Sealing Motion at ECF No. 58 as **DENIED**.

1

**SO ORDERED.**

Dated: December 5, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge