UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/2025
```

BIANCA LANDRY,

                 Plaintiff,

       -v-

BERLIN ROSEN, LLC,

                Defendant.

**ORDER**

24-CV-9375 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the undersigned's December 5, 2025 order, ECF No. 60, Plaintiff was directed to submit to the undersigned via email for *in camera* review documents identified in certain entries on the November 10, 2025 privilege log by December 10, 2025. To date, no documents have been submitted for *in camera* review. The Court *sua sponte* extends the deadline to submit the documents to **December 15, 2025.** Failure to submit the documents by the deadline will result in Plaintiff's privilege claim being overruled.

**SO ORDERED.**

Dated: December 11, 2025
      New York, New York

                               Henry J. Ricardo
                               United States Magistrate Judge