UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/2025

BIANCA LANDRY,

                  Plaintiff,

    -v-

BERLIN ROSEN, LLC,

                Defendant.

**ORDER**

24-CV-9375 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the communications listed in entries 1–9 and 35–38 of Plaintiff's November 10, 2025 privilege log, which Plaintiff submitted for *in camera* review. Plaintiff's privilege claim for entries 1–9 is upheld. However, Plaintiff's privilege claim for entries 35–38 is overruled. Therefore, Plaintiff shall produce the communications in entries 35–38 to Defendant. The Parties are reminded to submit a joint status letter to the Court by **January 6, 2026**. *See* ECF No. 60 at 2.

**SO ORDERED.**

Dated: December 12, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge

1