UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BIANCA LANDRY,

                Plaintiff,

    -v-

BERLIN ROSEN, LLC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/2026

**ORDER**

24-CV-9375 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court thanks the Parties for their January 6, 2026 joint status report, ECF No. 71 (the "Status Report"). The Parties note in the Status Report that Plaintiff intends to file a motion for sanctions. However, discovery has closed, *see* ECF Nos. 31 and 36, and the time to file discovery-related motions has passed. Therefore, Plaintiff has missed the deadline to file a motion for sanctions.

**SO ORDERED.**

Dated: January 7, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1