UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/2026
```

BIANCA LANDRY,

                 Plaintiff,                **ORDER**

   -v-                       24-CV-9375 (VSB) (HJR)

BERLIN ROSEN, LLC,

                Defendant.

**HENRY J. RICARDO, United States Magistrate Judge.**

On January 21, 2026, Plaintiff filed a motion, ECF No. 73 (the "Motion"), requesting reconsideration of the undersigned's January 7, 2026 order, ECF No. 72. The undersigned will hold a telephone conference on **April 30, 2026** at **10:30 a.m.** to address the Motion.  Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 488 415 993#).

**SO ORDERED.**

Dated: April 13, 2026
       New York, New York

                              _____
                              Henry J. Ricardo
                              United States Magistrate Judge