UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BIANCA LANDRY,

                Plaintiff,

       -v-

BERLIN ROSEN, LLC,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/2026
```

**ORDER**

24-CV-9375 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on April 30, 2026 to address Plaintiff's January 21, 2026 motion, ECF No. 73 (the "Motion"), requesting reconsideration of the undersigned's January 7, 2026 order, ECF No. 72 (the "Order").

The Motion is **GRANTED IN PART AND DENIED IN PART**.  Because no motion was actually filed before the Order was entered, Plaintiff's request for reconsideration is treated as a new request to file a motion for Rule 37 sanctions after the close of fact discovery.  Therefore, the undersigned has not applied the standard for reconsideration, but has instead considered the Motion anew.  For the reasons articulated in the conference transcript, the Motion is **DENIED**.

The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 73 as **GRANTED IN PART AND DENIED IN PART**.

**SO ORDERED.**

Dated: April 30, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge